In re

Case No. _____

☐ Amended

**Notice of Preliminary Hearing on Motion**
[*Check One*]

☐ **For Use of Cash Collateral**

Debtor(s)

☐ **To Obtain Credit**

YOU ARE NOTIFIED THAT:

1. The undersigned moving party, _____,
   filed a motion [*check one*]

   ☐ for use of cash collateral.

   ☐ to obtain credit.

   The motion is attached and it includes (1) the statement required by Local Bankruptcy Form (LBF) 541.5, Procedures re: Motions for Use of Cash Collateral or to Obtain Credit and (2) the following allegations:

   a. The immediate and irreparable harm that will come to the estate pending a final hearing is _____
   _____
   _____.

   b. The amount of [*check one*] ☐ cash collateral ☐ credit necessary to avoid the harm detailed above prior to the final hearing is _____.

2. The name and service address of the moving party's attorney (or moving party, if no attorney) are: _____
   _____ .

3. A preliminary hearing on the motion, at which testimony will be received if offered and admissible, will be held as follows:

**Date:** _____   **Time:** _____

**Location:**   Courtroom #_____, _____

☐ Telephone Hearing [*See Local Bankruptcy Form (LBF) 888, Telephone Hearing Requirements.*]

**541.1 (10/4/2021)**                              Page 1 of 2

  **Call In Number:** (888) 684-8852

  **Access Code:**   5870400 for Judge David W. Hercher (dwh)

          1238244 for Judge Peter C. McKittrick (pcm)

          4950985 for Judge Teresa H. Pearson (thp)

          3388495 for Judge Thomas M. Renn (tmr)

  Video Hearing. To connect, see www.orb.uscourts.gov/video-hearings.

4. If you wish to object to the motion, you must do one or both of the following:

    a. attend the preliminary hearing.

    b. file a written response, which states the facts upon which you will rely, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401.

If the response is filed within three business days before the hearing, notify the judge's chambers by telephone immediately after filing the document, as required by Local Bankruptcy Rule 9004-1(b).

5. I certify that on _____ this notice and the motion were served pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 7004 on the debtor(s), any debtor's attorney, any trustee, any trustee's attorney, members of any committee appointed under 11 U.S.C. § 1102 or elected pursuant to 11 U.S.C. § 705 or its authorized agent (or, if no committee in a chapter 11 case, on all creditors listed on the list filed pursuant to FRBP 1007(d)), any creditors' committee attorney, the U.S. Trustee, and all entities with any interest in the cash collateral subject to this motion, whose names and addresses used for service are as follows:

_____

Signature of Moving Party or Attorney               OSB #

_____

(If debtor is movant) Debtor's Address & Last 4 Digits of Taxpayer ID#(s)

Theodore J Piteo, OSB 090311
Michael D. O'Brien, OSB 951056
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Pkwy, Suite 160
Portland, OR 97223
503-786-3800

Of Attorneys for MLK Alberta, LLC, Debtor(s)-in-possession*.

IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Case No. 22-30019-thp11 |
| | ) | |
| MLK Alberta, LLC | ) | MOTION FOR AUTHORITY TO USE |
| | ) | CASH COLLATERAL AND AUTHORITY |
| | ) | TO GRANT REPLACEMENT LIEN |
| Debtor-in-possession. | ) | |

MLK Alberta, LLC, debtor-in-possession, ("Debtor") moves the court for preliminary authority to use cash collateral and for authority to grant a replacement lien and represents as follows:

1. None of the prohibited provisions listed in LBF 541.5 are included in this Motion or the proposed Order.

2. On January 7, 2022, Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code for the District of Oregon. Debtor continues to maintain possession of its property and operate its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the United States Bankruptcy Code ("the Code.")

PAGE 1 - MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR
   AUTHORITY TO GRANT REPLACEMENT LIEN

3. Prior to the commencement of this case, Debtor entered into a secured Note agreement with Parkview Financial Fund 2015, LP, which was subsequently transferred to Parkview Financial REIT, LP, ("Parkview") to assist with the purchase and development of real property (the "Note"). The Note was subsequently secured by a Commercial Deed of Trust attached to the single block of real property which has 3 addresses at 5020 NE MLK Jr Blvd, Portland, Oregon, 433 NE Alberta St., Portland, Oregon and 5017 NE Grand Ave, Portland, Oregon (collectively the "Property"). The Note and Deed of Trust also contained a commercial security agreement covering rents, accounts receivable, and most other business assets (the "Prepetition Collateral").

4. The security interest of Parkview is superior to those of all other creditors known to Debtor and was perfected by the filing of a Deed of Trust with the Multnomah County Recorder. The Trust Deed was recorded on November 11, 2018, as instrument number 2018-115837. A copy is available upon request.

5. In order to maintain its business operations and protect its ability to reorganize in accordance with chapter 11 of the Code, it is necessary that Debtor obtain the authority provided in 11 USC §363(c)(2)(B) to use cash collateral related to the Property.

6. Debtor requests that this court authorize their preliminary use of cash collateral for the payment of their operating expenses in the normal course of business, as set forth in the monthly budget attached hereto as Exhibit A. The preliminary use of cash collateral requested in Exhibit A would cover projected monthly operating expenses. Debtor requests this court allow use of cash collateral for a 14-day period pending a final hearing on motion to use cash collateral during which time Debtors hope to negotiate a Stipulated Order re: Use of Cash Collateral with the Creditors. Debtor currently has no alternative borrowing source from which it could secure additional funding to operate its business.

7.      In order to adequately protect the interests of Creditors in the Prepetition Collateral and for Debtor's use of cash collateral as requested in this motion, Debtor proposes to provide replacement liens pursuant to 11 USC §361(2) to property of the Estate of the kind which presently secure the indebtedness owed to Creditors (the "Post-petition Collateral."). Debtor also proposes to pay monthly adequate protection payments to Creditors as outlined in the attached budget.

8.      In the event that the court were to refuse authorization of Debtor's use of cash collateral, Debtor believes it will be unable to maintain its current business operation and propose a plan of reorganization.  Without the use of cash collateral, Debtor will be forced to liquidate their collateral for below market value resulting in significant, irreparable harm to Debtor's Estate and its creditors.

WHERFORE, Debtor requests that this court enter an Order pursuant to 11 USC §363(c)(2)(B) authorizing Debtor to use cash collateral for its general ongoing business operations as described in this motion and the budget attached hereto as Exhibit A in the amount of $869.69, representing one half of the monthly expense amount, and to grant unto Creditors replacement liens in the Post-petition Collateral effective as of January 7, 2022, and for such other and further relief as the court may deem just and proper.

        DATED this __6th__ day of January 2022.


Respectfully So Moved by:

   /s/ Theodore J. Piteo_____

Michael D. O'Brien, OSB 95105
Theodore J. Piteo, OSB 090311
of Attorneys for Debtor-in-Possession*
*Pending Approval of Employment

**MLK Alberta, LLC**
**Exhibit A**

|  | Monthly | Current Available Balance(approx): |
|---|---|---|
| Average Monthly Income | $19,143 | $26,013 |
| Estimated Monthly Expenses: | (30 days) | (14 Days) |
| Insurance | $344.69 | $344.69 |
| Bank and Wire Fees | $50.00 | $25.00 |
| Maintainence | $300.00 | $0.00 |
| Quarterly UST Fees(est. $325) | $110.00 | $0.00 |
| Utilities | $575.00 | $250.00 |
| Adequate Protection Payments* | $500.00 | $250.00 |
| Total | $1,880 | $869.69 |

*Debtor plans to increase this AP payment to the the non-default interest rate accrual on the secured claim on the 90th day after the Order for Relief unless a Plan has been filed

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 22-30019-thp11<br>District of Oregon<br>Portland<br>Fri Jan  7 10:30:01 PST 2022 | Dept of Justice<br>Division of Child Support<br>Attn:  Bankruptcy Unit<br>POB 14670<br>Salem, OR 97309-5013 | IRS<br>IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| MLK Alberta, LLC<br>6931 NE MLK Blvd<br>Portland, OR 97211-2921 | ODR Bkcy<br>955 Center NE #353<br>Salem, OR 97301-2555 | Oregon Attorney General<br>Department of Justice<br>1162 Court St NE<br>Salem, OR 97301-4096 |
| US Attorney<br>1000 SW 3rd Ave #600<br>Portland, OR 97204-2936 | US Attorney<br>US Attorney<br>1000 SW 3rd Ave #600<br>Portland, OR 97204-2936 | US Attorney General<br>Department of Justice<br>10th & Constitution NW<br>Washington, DC 20530-0001 |
| 1050 SW 6th Ave. #700<br>Portland, OR 97204-1160 | (p)CITY OF PORTLAND<br>OFFICE OF CITY ATTORNEY<br>RM 430<br>1221 SW 4TH AVE<br>PORTLAND OR 97204-1991 | Citycraft Development, LLC<br>6716 N Borthwick<br>Portland, OR 97217-1687 |
| Ellen F. Rosenblum,  Attorney General<br>100 Justice Building<br>1162 Court St. NE<br>Salem, OR 97301-4095 | Geza Development, LLC<br>6931 NE MLK Blvd<br>Portland, OR 97211-2921 | Internal Revenue Service<br>Bankruptcy Notices<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>C/O Billy J. Williams, US Attorney<br>Attn: Civil Process Clerk<br>1000 SW 3rd Ave., Suite 600<br>Portland, OR 97204-2936 | Lucera Apartments, LLC<br>6931 NE MLK Blvd<br>Portland, OR 97211-2921 | Meron Alemseghed<br>6931 NE MLK Blvd<br>Portland, OR 97211-2921 |
| Multnomah County -DART<br>Bankruptcy Department<br>POB 2716<br>Portland, OR 97208-2716 | Multnomah County Attorney<br>Suite 500<br>501 SE Hawthorne Blvd<br>Portland, OR 97214-3501 | Oregon Department Of Revenue<br>Bankruptcy Notice Dept.<br>955 Center Street,  NE<br>Salem, OR 97301-2555 |
| Parkview Financial Fund GP, Inc.<br>c/o its Registerd Agent Paul Rahimian<br>11601 Wilshire Blvd<br>Suite 2100<br>Los Angeles, CA 90025-1784 | Parkview Financial REIT, LP<br>11601 Wilshire Blvd<br>Suite 2100<br>Los Angeles, CA 90025-1784 | Schwabe, Williamson & Wyatt<br>c/o Atty Craig Russillo<br>1211 SW 5th Ave Ste. 1900<br>Portland, OR 97204-3719 |
| US Trustee, Portland<br>1220 SW 3rd Ave., Rm. 315<br>Portland, OR 97204-2829 | Vanden Bos & Chapman, LLP<br>319 SW Washington Street, Suite 520<br>Portland, OR 97204-2690 | THEODORE J PITEO<br>Michael D. O'Brien & Associates<br>12909 SW 68th Pkwy<br>Suite 160<br>Portland, OR 97223-8399 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City Of Portland
Office Of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ODR Bkcy                         (d)US Attorney General              (u)Charlene Hiss
955 Center NE #353                  Department of Justice
Salem, OR 97301-2555                10th & Constitution NW
                                    Washington, DC 20530-0001


(u)SMGNine Placeholder              End of Label Matrix
, OR                                Mailable recipients    26
                                    Bypassed recipients     4
                                    Total                  30